UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**EBONY BURDETTE,**

        **Plaintiff,**

**v.**                                                **Case No:  6:15-cv-1898-Orl-41KRS**

**NAVIENT SOLUTIONS, INC.,**

        **Defendant.**
_____/

### ORDER

THIS CAUSE is before the Court on the Joint Stipulation for Voluntary Dismissal with Prejudice (Doc. 23). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on August 23, 2016.



Copies furnished to:

Counsel of Record